# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM YOUNG, ) <br>                 Plaintiff, ) <br> vs. ) <br> UNITED STATES OF AMERICA, ) <br>                 Defendant. ) | Case No. 2:16-cv-02469-GMN-GWF <br><br> **ORDER** |

This matter is before the Court on the United States' Proposed Discovery Plan and Scheduling Order (ECF No. 13), filed on March 22, 2017.

The Court granted the proposed discovery plan and scheduling order based upon the representations of Defendant on March 23, 2017. *See* ECF No. 14. If Plaintiff wishes to contest the deadlines set forth within the discovery plan and scheduling order, he must file a motion to amend the discovery plan and scheduling order by April 3, 2017. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff must, if he so chooses, file a motion to amend the discovery plan and scheduling order by **April 3, 2017**.

DATED this 24th day of March, 2017.

                                                                _____
                                                                GEORGE FOLEY, JR.
                                                                United States Magistrate Judge